**Sandra ROLLINS**

v.

**MIDDLE SMITHFIELD TOWNSHIP ZONING HEARING BOARD**

v.

**Township of Middle Smithfield**

**Petition of: Sandra Rollins**

**No. 17 MAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**